# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI SHAWN-SAUERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 2:18-cv-1604 DFS(SSx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Dale S. Fischer |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-1604 DFS(SSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: __August 2__, 2018

_____
HON. DALE S. FISCHER
United States District Court Judge